**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                           §      Case No. 14-24725
                                 §
KENNETH D NGUYEN                 §
                                 §
                                 §
                                 §
                  Debtor(s)      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 04/12/2016, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/17/2016          By:  /s/ David P. Leibowitz
                                       Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-24725 |
| | § | |
| KENNETH D NGUYEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $25,000.00
*and approved disbursements of* $471.47
*leaving a balance on hand of*[1] : $24,528.53

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $24,528.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $3,250.00 | $0.00 | $3,250.00 |
| Lakelaw, Attorney for Trustee Fees | $3,807.50 | $0.00 | $3,807.50 |
| Lakelaw, Attorney for Trustee Expenses | $17.38 | $0.00 | $17.38 |

Total to be paid for chapter 7 administrative expenses: $7,074.88
Remaining balance: $17,453.65

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Remaining balance: | $17,453.65 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $17,453.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,465.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,523.74 | $0.00 | $2,643.85 |
| 2 | Capital One Bank (USA), N.A. | $3,454.40 | $0.00 | $1,653.39 |
| 3 | American Express Centurion Bank | $934.09 | $0.00 | $447.09 |
| 4 | PYOD, LLC its successors and assigns as assignee | $5,636.24 | $0.00 | $2,697.70 |
| 5 | PYOD, LLC its successors and assigns as assignee | $1,529.90 | $0.00 | $732.26 |
| 6 | PYOD, LLC its successors and assigns as assignee | $1,614.30 | $0.00 | $772.66 |
| 7 | Portfolio Recovery Associates, LLC | $8,169.36 | $0.00 | $3,910.13 |
| 8 | Portfolio Recovery Associates, LLC | $9,603.52 | $0.00 | $4,596.57 |

|  | Total to be paid to timely general unsecured claims: | $17,453.65 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-24725-DLT
Kenneth D Nguyen                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2              Date Rcvd: Mar 18, 2016
                              Form ID: pdf006            Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2016.
db             +Kenneth D Nguyen,    1685 Penny Lane,    Bartlett, IL 60103-7403
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
22126493        American Express,    Bankruptcy Department,    P.O. Box 0001,    Los Angeles, CA 90096-0001
23026542        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22126494       +Bank of America,    Bankruptcy Department,    P.O. Box 851001,    Dallas, TX 75285-1001
22126503       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Zales,     Bankruptcy Department,    P.O. Box 183015,
                   Columbus, OH 43218)
22126495       +Capital One,    Bankruptcy Department,    P.O. Box 6492,    Carol Stream, IL 60197-6492
22885722        Capital One Bank (USA), N.A.,     PO Box 71083,   Charlotte, NC  28272-1083
22126496       +Charter One Bank,    Bankruptcy Department,    P.O. Box 42010,    Providence, RI 02940-2010
22126497       +Chase Bank,    Bankruptcy Department,    P.O. Box 15153,    Wilmington, DE 19886-5153
22126498       +Citi Card,    Bankruptcy Department,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
22126500       +Macys,    Bankruptcy Department,    P.O. Box 183083,    Columbus, OH 43218-3083
22126501       ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,      P.O. Box 5855,
                   Carol Stream, IL 60197-5855)
22126502       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: U.S. Bank,     Bankruptcy Department,    P.O. Box 790408,
                   Saint Louis, MO 63179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22126499        E-mail/Text: mrdiscen@discover.com Mar 19 2016 00:47:41      Discover,    Bankruptcy Department,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
22821929        E-mail/Text: mrdiscen@discover.com Mar 19 2016 00:47:41      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
23172614        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2016 00:40:40
                 Portfolio Recovery Associates, LLC,     successor to US BANK,    NATIONAL ASSOCIATION ND,
                 (FLEXPERKS),    POB 41067,    Norfolk, VA 23541
23172618        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2016 00:40:40
                 Portfolio Recovery Associates, LLC,     successor to US BANK NATIONAL,
                 ASSOCIATION ND (US BANK),    POB 41067,    Norfolk, VA 23541
23133675       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2016 00:54:11
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2016 at the address(es) listed below:
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Justin R. Storer    on behalf of Trustee David P Leibowitz, ESQ jstorer@lakelaw.com
          Michael I. White    on behalf of Debtor 1 Kenneth D Nguyen mwhit1967@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
```

```
District/off: 0752-1              User: nmolina              Page 2 of 2              Date Rcvd: Mar 18, 2016
                                  Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                        TOTAL: 6