# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-24725 |
| | § | |
| KENNETH D NGUYEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $12,549.00 | Assets Exempt: | $6,700.00 |
| Total Distributions to Claimants: | $17,453.65 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $7,546.35 | | |

3)      Total gross receipts of $25,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $9,254.44 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,546.35 | $7,546.35 | $7,546.35 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $50,820.97 | $36,465.55 | $36,465.55 | $17,453.65 |
| **Total Disbursements** | $60,075.41 | $44,011.90 | $44,011.90 | $25,000.00 |

4). This case was originally filed under chapter 7 on 07/02/2014. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>06/26/2016</u>          By:   <u>/s/ David P. Leibowitz</u>
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Gold Star Nails stock - originally unscheduled and treated as a fraudulent transfer | 1249-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $25,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services | 4110-000 | $9,254.44 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $9,254.44 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| Adams Levin | 2300-000 | NA | $14.90 | $14.90 | $14.90 |
| Green Bank | 2600-000 | NA | $456.57 | $456.57 | $456.57 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,807.50 | $3,807.50 | $3,807.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $17.38 | $17.38 | $17.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,546.35 | $7,546.35 | $7,546.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $5,288.35 | $5,523.74 | $5,523.74 | $2,643.85 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $3,389.12 | $3,454.40 | $3,454.40 | $1,653.39 |
| 3 | American Express Centurion Bank | 7100-900 | $808.69 | $934.09 | $934.09 | $447.09 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $5,577.94 | $5,636.24 | $5,636.24 | $2,697.70 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,496.45 | $1,529.90 | $1,529.90 | $732.26 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,246.16 | $1,614.30 | $1,614.30 | $772.66 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $8,304.06 | $8,169.36 | $8,169.36 | $3,910.13 |
| 8 | Portfolio Recovery Associates, LLC | 7100-900 | $9,889.81 | $9,603.52 | $9,603.52 | $4,596.57 |
| | Bank of America | 7100-000 | $4,800.00 | $0.00 | $0.00 | $0.00 |
| | Charter One Bank | 7100-000 | $1,363.46 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $2,148.99 | $0.00 | $0.00 | $0.00 |
| | Citi Card | 7100-000 | $1,922.72 | $0.00 | $0.00 | $0.00 |
| | Citi Card | 7100-000 | $2,464.69 | $0.00 | $0.00 | $0.00 |
| | Citi Card | 7100-000 | $1,834.61 | $0.00 | $0.00 | $0.00 |
| | Macys | 7100-000 | $285.92 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $50,820.97 | $36,465.55 | $36,465.55 | $17,453.65 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| **Case No.:** | 14-24725-DLT | **Trustee Name:** | David Leibowitz |
| **Case Name:** | NGUYEN, KENNETH D | **Date Filed (f) or Converted (c):** | 07/02/2014 (f) |
| **For the Period Ending:** | 6/26/2016 | **§341(a) Meeting Date:** | 08/26/2014 |
| | | **Claims Bar Date:** | 04/14/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Liquidation of Gold Star Nails stock - originally unscheduled and treated as a fraudulent transfer | $0.00 | $39,000.00 | | $25,000.00 | FA |
| **Asset Notes:** | The Trustee was authorized to abandon the $5,000.00 balance of proceeds remaining due, pursuant to this Court's January 7, 2015 turnover order, from the post-petition sale by Debtor of Gold Star Nails Salon, and said $5,000.00 balance is deemed abandoned as of the date of this order. See Docket NO. 37 | | | | | |
| 2 | Cash | $35.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account ending in: 3059 US Bank Carol Stream, Illinois Checking Account ending in: 8954 Chase Bank Carol Stream, Illinois | $1,224.00 | $0.00 | | $0.00 | FA |
| 4 | Security Deposit Landlord: Nick Spentzas | $4,500.00 | $1,759.00 | | $0.00 | FA |
| 5 | Bed | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing and Personal Effects | $200.00 | $0.00 | | $0.00 | FA |
| 7 | 2011 Toyota Camry | $12,840.00 | $1,185.56 | | $0.00 | FA |
| 8 | Laptop Computer Location: 1685 Penny Lane, Bartlett IL 60103 | $350.00 | $350.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)

| | | Gross Value of Remaining Assets | |
|---|---|---|---|
| $19,249.00 | $42,294.56 | $25,000.00 | $0.00 |

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2016 | TFR Submitted |
| 06/30/2015 | Asset - Recovery of sale of Business |
| | Assets fully administered |
| | Pending motion to settle/compromise then TFR |
| | Review claims |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/15/2016 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 03/10/2016 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-24725-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NGUYEN, KENNETH D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9169 | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/2/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 01/09/2015 | (1) | Soan Thi Bui | Payment for Transfer/Sell of Gold star Nails | 1249-000 | $25,000.00 | | $25,000.00 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $27.32 | $24,972.68 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.39 | $24,936.29 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.94 | $24,897.35 |
| 03/31/2015 | 3001 | Adams Levin | Bond Payment | 2300-000 | | $14.90 | $24,882.45 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.87 | $24,843.58 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $40.09 | $24,803.49 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.73 | $24,764.76 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $42.54 | $24,722.22 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $37.32 | $24,684.90 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.54 | $24,646.36 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $41.05 | $24,605.31 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $37.14 | $24,568.17 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $39.64 | $24,528.53 |
| 04/13/2016 | 3002 | Lakelaw | Amount Claimed: 17.38;   Distribution Dividend: 100.00; Claim #: ; Dividend: 0.07; Amount Allowed: 17.38; Notes: ; | 3120-000 | | $17.38 | $24,511.15 |
| 04/13/2016 | 3003 | Lakelaw | Amount Claimed: 3,807.50;   Distribution Dividend: 100.00; Claim #: ; Dividend: 15.52; Amount Allowed: 3,807.50; Notes: ; | 3110-000 | | $3,807.50 | $20,703.65 |
| 04/13/2016 | 3004 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $3,250.00 | $17,453.65 |
| 04/13/2016 | 3005 | Discover Bank | Amount Claimed: 5,523.74;   Distribution Dividend: 47.86; Claim #: 1; Dividend: 10.77; Amount Allowed: 5,523.74; Notes: ; | 7100-900 | | $2,643.85 | $14,809.80 |
| 04/13/2016 | 3006 | Capital One Bank (USA), N.A. | Amount Claimed: 3,454.40;   Distribution Dividend: 47.86; Claim #: 2; Dividend: 6.74; Amount Allowed: 3,454.40; Notes: ; | 7100-900 | | $1,653.39 | $13,156.41 |
| 04/13/2016 | 3007 | American Express Centurion Bank | Amount Claimed: 934.09;   Distribution Dividend: 47.86; Claim #: 3; Dividend: 1.82; Amount Allowed: 934.09; Notes: ; | 7100-900 | | $447.09 | $12,709.32 |
| 04/13/2016 | 3008 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 5,636.24;   Distribution Dividend: 47.86; Claim #: 4; Dividend: 10.99; Amount Allowed: 5,636.24; Notes: ; | 7100-900 | | $2,697.70 | $10,011.62 |
| 04/13/2016 | 3009 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 1,529.90;   Distribution Dividend: 47.86; Claim #: 5; Dividend: 2.98; Amount Allowed: 1,529.90; Notes: ; | 7100-900 | | $732.26 | $9,279.36 |
| | | | **SUBTOTALS** | | $25,000.00 | $15,720.64 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 14-24725-DLT | |
| **Case Name:** | NGUYEN, KENNETH D | |
| **Primary Taxpayer ID #:** | **-***9169 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/2/2014 | |
| **For Period Ending:** | 6/26/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/13/2016 | 3010 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 1,614.30;  Distribution Dividend: 47.86; Claim #: 6; Dividend: 3.15; Amount Allowed: 1,614.30; Notes: ; | 7100-900 | | $772.66 | $8,506.70 |
| 04/13/2016 | 3011 | Portfolio Recovery Associates, LLC | Amount Claimed: 8,169.36;  Distribution Dividend: 47.86; Claim #: 7; Dividend: 15.94; Amount Allowed: 8,169.36; Notes: ; | 7100-900 | | $3,910.13 | $4,596.57 |
| 04/13/2016 | 3012 | Portfolio Recovery Associates, LLC | Amount Claimed: 9,603.52;  Distribution Dividend: 47.86; Claim #: 8; Dividend: 18.73; Amount Allowed: 9,603.52; Notes: ; | 7100-900 | | $4,596.57 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | $25,000.00 | $25,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $25,000.00 | $25,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $25,000.00 | $25,000.00 | |

| **For the period of 7/2/2014 to 6/26/2016** | | **For the entire history of the account between 01/09/2015 to 6/26/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $25,000.00 | Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 | Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,000.00 | Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 | Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Case 14-24725   Doc 46   Filed 06/29/16   Entered 06/29/16 13:34:53   Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 8 of 8

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No. | 14-24725-DLT | | | Trustee Name: | | | David Leibowitz |
| Case Name: | NGUYEN, KENNETH D | | | Bank Name: | | | Green Bank |
| Primary Taxpayer ID #: | **-***9169 | | | Checking Acct #: | | | ******2501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | | |
| For Period Beginning: | 7/2/2014 | | | Blanket bond (per case limit): | | | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $25,000.00 | $25,000.00 | $0.00 |

**For the period of 7/2/2014 to 6/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/02/2014 to 6/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |